IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TRAVIS LOWE                                                                                    PLAINTIFF

VS.                                                                   CIVIL ACTION NO. 3:04cv992-JCS

KELLY YORK, et al.                                                                         DEFENDANTS

### ORDER

The non-jury trial previously set for Wednesday, March 21, 2007 is hereby rescheduled for Wednesday, May 30, at 1:30 p.m., before the undersigned.

The Clerk is directed to prepare and issue a subpoena for the attendance of Charles Pickering, Mississippi Prison Industries Corporation, 636 N. State Street, Jackson, Mississippi 39202, to testify at the trial. The Clerk shall then forward the subpoena to the United States Marshals Service for service.

SO ORDERED this the 21st day of March, 2007.

/s/ James C. Sumner
_____
UNITED STATES MAGISTRATE JUDGE